MHW



RECEIVED
MAR 26 2008
3-26-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Howard Norris | FEDERAL CASE NO: |
| Petitioner-Defendant | **08CV1763**<br>**JUDGE COAR**<br>**MAGISTRATE JUDGE MASON** |
| Vs. | |
| Argent Mortgage Company, L. L. C., | MAGISTRATE COURT<br>CASE NO. |
| Respondent-Plaintiff | 04CH19090 |

### NOTICE OF REMOVAL and FEDERAL STAY
### PURSUANT TO 28 USCA 1446(D) & 1452 with
### SUPPLEMENTAL OF JURISDICTION

**TO:** Argent Mortgage Company, L. L. C.,

You are hereby notified of the filing of a PETITION FOR REMOVAL in the United States District Court for the Northern District of Illinois, Eastern Division pertaining to the above captioned case and number in the Magistrate Court of Cook County in accordance with the provisions of 28 USCA 1446 Judiciary and Procedure as regards eviction proceedings occurring in violation of the Uniform Commercial Code, among others. Pursuant to the provisions of Section 28 USCA 1446(d) the Magistrate of Cook County, State of Illinois, shall not proceed with any eviction of the Petitioner from the real property that is the subject matter of the jurisdictional governance of the United

States District Court. In said Petition the matter is set forth on the following grounds, among others:

**1.**

The Respondent (i.e., Plaintiff in State Court) did unlawfully violate 11 USC 362 (c) with possession proceedings.

**2.**

The Respondent Argent Mortgage Company, L. L. C. is an Assignee or Trustee in an unlawful foreclosure proceeding and eviction proceedings with and against the Petitioner in violation of 12 U.S.C. 3765(1), 12 U.S.C. 3758(3)(A), 12 U.S.C. 3758(1) and Title 11 of the U.S. Bankruptcy Code.

WHEREFORE the Petitioner-Defendant demands the following relief:

1. That this honorable Court remove Plaintiff's action from the State Court.

2. Afford and accommodate adequate discovery to be conducted in the United States District Court, Northern District of Illinois, Eastern Division.

3. Grant all relief this court deems just and proper.

## VERIFICATION
(Affidavit)

The undersigned Affiant Howard Norris by appellation does herewith swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned, being under penalty of perjury, state that I do not have an attorney to represent me in this case. Also, that the contents herein are true, correct and not misleading to the best of my knowledge.

Dated this ___ day of March, 2008

_____
Howard Norris, in pro se
4930 W.190th Street
Country Club Hills, Illinois 60478


Receipt is hereby acknowledged of the forgoing written notice and of filing of the petition for removal.

CC
Clerk of the Magistrate Court of Cook County
State of Illinois

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

ARGENT MORTGAGE COMPANY, L.L.C., )
      Plaintiff(s), )
)
vs. ) Case No. 04 CH 19090
) Calendar No. 55
HOWARD NORRIS, )
      Defendant(s). )

**ORDER CONFIRMING SALE**

JAN 1 5 2008

Circuit Court - 1864

    NOW COMES Shelly K. Hughes, Supervisor of Sales of Intercounty Judicial Sales Corporation, and files herein her Report of Sale and Distribution of the proceeds of Sale of the premises involved herein.

    The Court finds that Intercounty Judicial Sales Corporation has, in all things, proceeded in accordance with all the terms of the Judgment heretofore entered in making the Sale of the premises involved herein and in distributing the proceeds derived from said Sale, and;

    The Court further finds that the proceeds of Sale of said premises were in the sum of $250,000.00, (TWO HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS) and that Intercounty Judicial Sales Corporation has retained therefrom for their fees and commissions in accordance with the terms of said Judgment, the sum of $300.00.

    The Court further finds that under said Judgment, there remains a deficiency balance in the sum of $132,677.88, and an In-Rem Judgment is hereby entered.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

    That said Sale of the premises included herein by Intercounty Judicial Sales Corporation and the distribution by them of the proceeds of Sale and their Report of Sale and Distribution be and they are hereby in all respects approved, ratified and confirmed.

    IT IS FURTHER ORDERED that an Order of Possession be and is hereby entered. The Sheriff of Cook County be and is hereby directed to evict the Defendants, HOWARD NORRIS, and their

1

possessions from the premises described as the following:

> LOT 48 IN MARYLAKE ESTATES UNIT 2, BEING A RESUBDIVISION OF THE PART OF LOT 1 IN MARYCREST, BEING A SUBDIVISION OF PART OF THE NORTHEAST 1/4 AND PART OF THE SOUTHEAST 1/4 OF SECTION 4, TOWNSHIP 35 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Common Address: 4930 West 190th Street, County Club Hill, Illinois 60478

and place in possession Plaintiff, CHRISTIANA BANK & TRUST COMPANY, ~~its Assignee or Designee~~. Possession is stayed thirty (30) days, pursuant to 735 ILCS 5/15-1701 (d).

IT IS FURTHER ORDERED that Intercounty Judicial Sales Corporation be and is hereby ordered, that upon presentation by Plaintiff, or ~~its Assignee~~, of the duly issued Certificate of Sale, that it immediately issue a Judicial Sales Deed for the subject premises to Plaintiff ~~or its Assignee~~. All claims of parties to the foreclosure are hereby terminated and barred pursuant to 735 ILCS 5/15-1509 (c).

IT IS FURTHER ORDERED that the Deed to be issued to CHRISTIANA BANK & TRUST COMPANY, AS TRUSTEE OF THE SEQUOIA FUNDING TRUST hereunder is a transaction that is exempt from all transfer taxes, either State or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Judicial Deed issued hereunder without any exemption stamps.

This ~~Order~~ *Plaintiff* shall not be ~~the basis for a suit~~ *sue* upon the Note. *Defendant has 30 days to redeem the property under 735 ICS 5/15-1603(?)* Plaintiff shall send a copy of this Order to the Defendants by regular mail within seven (7) days.

ENTERED:

_____
JUDGE

Attorney No. 18837
LAW OFFICES OF IRA T. NEVEL
175 North Franklin
Suite 201
Chicago, Illinois 60606
(312) 357-1125

2