FILED
KC 3-26-2008
MAR 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Howard Norris
(Please print)

STREET ADDRESS: 4930 W 190th St

CITY/STATE/ZIP: Country Club Hills IL. 60478

PHONE NUMBER: (630) 392-1855

CASE NUMBER:

08CV1763
JUDGE COAR
MAGISTRATE JUDGE MASON

Signature

Date: March 26, 2008