## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1763 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Argent Mortgage Company vs. Norris | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/22/2008. For the reasons stated on the record, this action is remanded to State Court (case # 04CH19090) for lack of jurisdiction. Any and all pending motions and applications are moot and terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

Case 1:08-cv-01763   Document 6   Filed 05/22/2008   Page 1 of 1

08C1763 Argent Mortgage Company vs. Norris                                                    Page 1 of 1